In the Matter of MICHAEL GRABELL, Appellant, v NEW YORK CITY POLICE DEPARTMENT, Respondent.

Submitted September 26, 2016; decided December 20, 2016

Motion by New York Civil Liberties Union et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge FAHEY taking no part.